In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00266-CV
_____


IN THE INTEREST OF L.L.H. AND B.M.T.H.


On Appeal from the County Court at Law
Polk County, Texas
Trial Cause No. CIV29344


**MEMORANDUM OPINION**

On July 17, 2018, we notified the parties that an extension of time to file a notice of appeal was required because the notice of appeal filed by Appellant was filed late, but within the time permitted for an extension under the applicable appellate rule. *See* Tex. R. App. P. 26.3. Additional notices were sent to the appellant on August 7, 2018, and September 5, 2018, wherein we warned the appellant that the appeal would be dismissed unless he filed a motion for extension of time to file notice of appeal. We also notified Appellant in our letter of August 7, 2018, of the items that should be included in the Motion for Extension. The appellant failed to

1

file a motion for extension of time to file a notice of appeal or offer a reasonable explanation for the late filing of the notice of appeal.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1. No motion for extension of time was filed. *See* Tex. R. App. P. 26.3. The appellant failed to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on October 3, 2018
Opinion Delivered October 4, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.